THEODORE T. SANXAY, Appellant, v. DEDERICK HAMEL, Respondent.

(Argued December 14, 1877; decided December 21, 1877.)

*A. R. Dyett*, for appellant.

*S. Jones*, for respondent.

Agree to affirm order granting new trial, and judgment absolute against plaintiff on stipulation. ·

All concur.   No opinion.

Order affirmed, and judgment accordingly.